UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEVIN SMITH,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:21-0610 |
| v. : | (JUDGE MANNION) |
| **DR. KOLLMAN, et al.,** : | |
| Defendants : | |

## ORDER

Plaintiff, Devin Smith, an inmate confined in the Benner State Correctional Institution, Bellefonte, Pennsylvania, filed the above captioned civil rights action pursuant to 42 U.S.C. §1983. (Doc. 1, complaint). Currently pending before the Court is Plaintiff's motion for appointment of counsel. (Doc. 23). For the following reasons, the Court will deny the motion.

Previously by Order dated November 15, 2021, Court denied a similar motion for appointment counsel. (See Doc. 16). That Order also provided that if future proceedings demonstrated the need for counsel, Plaintiff's motion would be reconsidered. Since the entry of that order, Smith has continued to demonstrate a reasonable ability to litigate this action *pro se*. Furthermore, his latest motion fails to set forth sufficient

special circumstances or factors which would warrant the appointment of counsel. See Tabron v. Grace, 6 F.3d 147, 153, 155-157 (3d Cir. 1993).

**IT IS HEREBY ORDERED THAT** Plaintiff's motion for appointment of counsel, (Doc. 23) is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 23, 2021**
21-0610-03