UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEVIN SMITH, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-0610 |
| v. | : | (JUDGE MANNION) |
| DR. KOLLMAN, et al., | : | |
| Defendants | : | |

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Defendants' motions to dismiss (Docs. 26, 28) are **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  April 13, 2022
21-0610-01-ORDER