## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DEVIN SMITH,                          :

        Plaintiff             :       CIVIL ACTION NO. 3:21-0610

        v.                    :             (JUDGE MANNION)

DR. KOLLMAN, et al.,                  :

        Defendants            :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for reconsideration (Doc. 35) is **DENIED**.


**MALACHY E. MANNION**
**United States District Judge**

Dated: January 13, 2023
21-0610-02-ORDER